## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Jeremy Pinson _____, Plaintiff,

v.

M. Andreis _____,

Anthony Osagie _____,

Federal Bureau of Prisons _____,

John Doe - Dentist _____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2014

JEFFREY P. COLWELL
          CLERK
```

---

### PRISONER COMPLAINT

---

(Rev. 1/30/07)

## A. PARTIES

1. Jeremy Pinson # 16267-064          ADX Florence
(Plaintiff's name, prisoner identification number, and complete mailing address)
PO Box 8500      Florence   CO   81226

2. M. Andreis - Nurse
(Name, title, and address of first defendant)
5880 Hwy. 67 South, Florence CO 81226
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  X  No  (CHECK ONE).  Briefly explain your answer:

Federal Employee

3. Anthony Osagie - Physician Assistant
(Name, title, and address of second defendant)
5880 Hwy. 67 South, Florence CO 81226
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  X  No  (CHECK ONE).  Briefly explain your answer:

Federal Employee

4. Federal Bureau of Prisons and John Doe - ADX Dentist
(Name, title, and address of third defendant)
5880 Hwy. 67 South, Florence CO 81226
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  X  No  (CHECK ONE).  Briefly explain your answer:

Federal Agency

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    X 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

(1) Plaintiff experienced painful dental infection but is being denied treatment. He now sues for damages and injunctive relief.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Violation of the 8th Amendment & 1st Amendment

    Supporting Facts:

In late January 2014 plaintiff's wisdom teeth on his lower jaw began to come in causing his gums to rip and bleed and also began to press against other teeth. The condition is extremely painful. Beginning on Feb. 3, 2014 plaintiff began to beg correctional officers assigned to his unit to call the dentist and defendants Andreis and Osagie for treatment but they ignored these calls. Beginning on Feb. 12, 2014 an infection set in and plaintiff's jaw, gums and face became severely swollen and the pain exponentially increased to the point plaintiff can no longer sleep. On Feb. 12 through the 15th defendant Osagie refused to treat or examine plaintiff. On Feb. 16th defendant Andreis examined plaintiff, noted an infection and swelling, then angrily refused to call the dentist or doctor to obtain antibiotics or pain medicine stating he was angry still about being called to a Jan. 22, 2014 court hearing in Case No. 13-CV-749-RM-BNB. Without treatment plaintiff will remain in pain, will require dental surgery and removal of teeth.

2.   Claim Two: _____ N|A _____

     Supporting Facts:

3.   Claim Three: _____ N|A _____

   Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior
    lawsuit:                                    _Attachment A_

2.  Docket number and court name:               _____

3.  Claims raised in prior lawsuit:             _____

4.  Disposition of prior lawsuit (for
    example, is the prior lawsuit still
    pending? Was it dismissed?):                _____

5.  If the prior lawsuit was dismissed,
    when was it dismissed and why?              _____

6.  Result(s) of any appeal in the prior
    lawsuit:                                    _____

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes ___ No  (CHECK ONE).

2.  Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Compensatory and punitive damages in an amount to be proven at trial.

2. Trial by Jury.

3. Injunction compelling defendant BCP to arrange for an examination of plaintiff, and treatment, by a dentist and to respond to all future dental emergencies within 24 hours.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on     2-17-14
                 (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                    8

Attachment A

# Page 1

| Court | Caption | Case No. | Date Filed | Date Ended |
|---|---|---|---|---|
| N.D. Ala. | Pinson v. Lappin, et al. | 09CV2001 | 7-Oct-2009 | 16-NOV-2009 |
| N.D. Ala. | Pinson v. Reese | 09CV2344 | 17-NOV-09 | 21-JAN-2011 |
| N.D. Ala. | Pinson v. Reese | 09CV2475 | 9-DEC-09 | 29-MAR-2011 |
| N.D. Ala. | Pinson v. Rathman | 10CV2477 | 14-SEP-10 | N/A |
| N.D. Ala. | Pinson v. Rathman | 11-CV-329 | 31-Jan-11 | 8-Mar-11 |
| J.D. Ala. | Pinson v. Lappin | 11-CV-854 | 3-Mar-11 | 24-May-11 |
| J.D. Ala | Pinson v. Reese | 09CV1855 | 18-SEP-09 | 17-NOV-09 |
| J.D. Ala. | Pinson v. Reese | 09CV2379 | 24-NOV-09 | N/A |
| D.Colo. | Pinson v. BOP et al. | 11-CV-768 | 25-MAR-11 | 15-AUG-11 |
| D.Colo. | Pinson v. BOP | 11-CV-2112 | 12-AUG-11 | 2012 |
| D.D.C. | Pinson v. USPO | 11-CV-936 | 19-MAY-11 | 19-AUG-11 |
| N.D.Fla | Pinson v. Warden | 09CV159 | 13-APR-09 | 3-MAR-10 |
| N.D.Fla | Pinson v. Drew | 09MC08 | 17APR09 | 27MAY09 |
| N.D.Fla. | Pinson v. Warden | 09CV175 | 24APR09 | 2MAR10 |
| N.D.Fla. | Pinson v. Warden | 09CV212 | 13MAY09 | 18JUN09 |
| J.D.Ala. | Pinson v. St. John | 10CV1832 | 9JUL10 | 2013 |
| J.D. Ala | Pinson v. Elston | 10CV1847 | 12Jul10 | N/A |
| N.D.Ala | Pinson v. FBI | 10CV1917 | 15JUL10 | 18SEP10 |
| J.D. Ala | Pinson v. Rathman | 10CV2469 | 13Sep10 | 30Jun11 |
| J.D.Ala. | Pinson v. Gulotta-Powers | 11CV236 | 25Jan11 | 8Sep11 |
| J.D.Ala | Pinson v. Rathman | 11CV278 | 27Jan11 | 2Mar11 |
| S.D.CAL | Pinson v. McFadden | 08CV2019 | 16APR08 | 12Jun08 |
| N.D.Ala | Pinson v. (N/A) | 11CV2752 | 1Aug11 | 18Aug11 |
| C.D.CAL | Pinson v. Norwood | 08CV660 | 14May08 | 10Nov09 |
| C.D.CAL | Pinson v. Bourn | 09CV826 | 28Apr09 | 14May09 |
| C.D.CAL | Pinson v. Brown | 09CV1140 | 16Jun09 | 23Jun09 |

# Page 2

| Court | Caption | Case No | Date Filed | Date Ended |
|---|---|---|---|---|
| C.D.Cal | Pinson v. Prieto | 10cv811 | 2 Jun 10 | N/A |
| D.Colo | Pinson v. Drew | 09cv353 | 20 Feb 09 | 22 Jun 09 |
| M.D.Fla. | Pinson v. Warden | 09-cv-285 | 24 Jun 09 | 4 May 10 |
| M.D.Fla. | Pinson v. Kleckner | 09cv63 | 2 Feb 09 | 17 Feb 09 |
| M.D.Fla. | Pinson v. Grimes | 09cv238 | 26 May 09 | 2012 |
| M.D.Fla. | Pinson v. Pineiro | 09cv244 | 1 Jun 09 | 30 Jul 09 |
| N.D.Fla. | Pinson v. Lane | 09cv250 | 3 Jun 09 | 13 Jul 09 |
| N.D.Fla. | Pinson v. Chipi | 09cv283 | 24 Jun 09 | 30 Jul 09 |
| S.D.Fla | Pinson v. Gulotta-Powers | 10cv62422 | 13 Dec 10 | 21 Jan 11 |
| D.Colo. | Pinson v. Davis | 11cv1333 | 20 May 11 | 45 Apr 12 |
| D.Colo. | Pinson v. Revell | 07cv2420 | 19 Nov 07 | 8 Feb 08 |
| D.DC | Pinson v. Lappin | 09cv1744 | 15 Sep 09 | 15 Sep 09 |
| D.DC | Pinson v. Lappin | 10cv92 | 19 Jan 10 | 19 Jan 10 |
| D.DC | Pinson v. Lappin | 10cv1844 | 29 Oct 10 | 30 Aug 11 |
| D.DC | Pinson v. Lappin | 11cv324 | 8 Feb 11 | 8 Feb 11 |
| M.D.Fla. | Pinson v. Warden | 09cv118 | 9 Mar 09 | 20 Apr 09 |
| D.Colo | Pinson v. Revell | 08cv130 | 22 Jan 08 | 3 Mar 08 |
| D.Colo | Pinson v. Revell | 08cv1023 | 16 May 08 | 23 Feb 09 |
| N.D.Okla | Pinson v. USA | 09cv142 | 5 Feb 09 | 3 Jun 09 |
| N.D.Okla | Pinson v. USA | 09cv809 | 30 Jul 09 | 28 Oct 09 |
| N.D.Okla | Pinson v. Drew | 09cv156 | 9 Feb 09 | 9 Apr 09 |
| E.D.Okla | Pinson v. Sirmons | 06cv26 | 19 Jan 06 | 20 Feb 07 |
| E.D.Okla | Pinson v. Mullins | 06cv17 | 13 Jan 06 | 17 Mar 06 |
| D.S.C. | Pinson v. Martin | 09cv2045 | 10 Aug 09 | 6 Nov 09 |
| D.S.C. | Pinson v. Martin | 09cv2131 | 13 Aug 09 | 6 Nov 09 |
| S.D.Tex. | Pinson v. Strickland | 08cv2898 | 24 Sep 08 | 6 Nov 08 |

# Page 3

| Court | Caption | Case No | Date Filed | Ended |
|---|---|---|---|---|
| S.D.Tex | Pinson v. Fauver | 08CV3176 | 23 Oct 08 | 12 Jan 09 |
| D.S.C. | Pinson v. Martin | 09CV2045 | 10 Aug 09 | 6 Nov 09 |
| D.Colo | Pinson v. Davis | 11CV608 | 10 Mar 11 | 2012 |
| D.Colo | Pinson v. Davis | 11CV1334 | 20 May 11 | 2012 |
| D.Colo | Pinson v. Davis | 11CV1965 | 29 Jul 11 | 2012 |
| D.Colo | Pinson v. Davis | 11CV2088 | 10 Aug 11 | 2012 |
| D.Colo | Pinson v. Revell | 08CV1023 | 16 May 08 | 23 Feb 09 |
| D.Colo | Pinson v. Pacheco | 10CV1377 | 14 Jun 10 | 2011 |
| D.Colo | Pinson v. Lappin | 10CV2456 | 8 Oct 10 | 12 Jan 11 |
| D.S.C. | Pinson v. Martin | 09CV2131 | 13 Aug 09 | 6 Nov 09 |
| E.D.Tex. | Pinson v. BOP | 07CV346 | 7 Jun 07 | 2 Aug 07 |
| E.D.Tex. | Pinson v. Fox | 07CV575 | 17 Aug 07 | 17 Jan 08 |
| S.D.Tex. | Pinson v. Haynes | 08CV2237 | 15 Jul 08 | 6 Nov 08 |
| S.D.Tex | Pinson v. Cobb | 09CV697 | 6 Mar 09 | 8 Apr 09 |
| D.Colo | Pinson v. Revell | 08CV177 | 29 Jan 08 | 15 Feb 08 |
| N.D.Okla | Pinson v. Miller | 05CV1047 | 8 Sep 05 | 31 Oct 05 |
| N.D.Okla | Pinson v. Mullin | 06CV03 | 3 Jan 06 | 17 Jan 06 |
| N.D.Okla | Pinson v. Watkins | 06CV323 | 28 Mar 06 | 9 May 07 |
| N.D.Okla | Pinson v. Whetsel | 06CV1372 | 13 Dec 06 | 21 Feb 07 |
| N.D.Okla | Pinson v. USMS | 07CV148 | 6 Feb 07 | 27 Feb 07 |
| N.D.Okla | Pinson v. Whetsel | 07CV276 | 6 Mar 07 | 25 Apr 07 |
| N.D.Okla | Pinson v. Whetsel | 07CV572 | 17 May 07 | 23 Feb 09 |
| N.D.Okla | Pinson v. Porter | 08CV198 | 25 Feb 08 | 2 Jun 08 |
| N.D.Okla | Pinson v. Watkins | 08CV556 | 27 May 08 | 19 Jun 08 |
| N.D.Okla | Pinson v. Miller | 10CV807 | 28 Jul 10 | 9 Feb 11 |
| N.D.Okla | Pinson v. Keffer | 10CV1229 | 15 Nov 10 | 25 Feb 11 |

# PAGE #4

| Court | Caption | Case No. | Date Filed | Ended |
|-------|---------|----------|------------|-------|
| D. SC | Pinson v. Martin | 09 CV 2045 | 10 Aug 09 | 6 Nov 09 |
| D. SC | Pinson v. Martin | 09 CV 2131 | 13 Aug 09 | 6 Nov 09 |
| E.D. Tex | Pinson v. Gutierrez | 07 CV 580 | 20 Aug 07 | 30 Jun 08 |
| E.D. Tex | ~~Pinson~~ Pinson v. McGehee | 08 CV 62 | 29 Jan 08 | 6 Aug 08 |
| E.D. Tex | Pinson v. Fox | 07 CV 646 | 21 Sep 07 | 5 Feb 08 |
| S.D. Tex | Pinson v. USA | 10 CV 4380 | 4 Nov 10 | 2013 |
| S.D. Tex | Pinson v. USA | 08-CR-283 | 7 May 08 | 12 Dec 08 |
| N.D. Okla | Pinson v. USA | 06-CR-114 | 17 May 06 | 3 Apr 07 |
| 11th Cir. | Pinson v. Warden | 10-11145 | 16 Mar 10 | 23 Jul 10 |
| N.D. Okla | USA v. Pinson | 07-CR-23 | 6 Feb 07 | 3 Apr 07 |
| 11th Cir | Pinson v. Chipi | 10-12235 | 17 May 10 | 2 Feb 11 |
| 11th Cir | Pinson v. Sayers | 10-14096 | 3 Sep 10 | 11 Apr 11 |
| 11th Cir | Pinson v. Reese | 10-15291 | 19 Nov 10 | 10 Mar 11 |
| 11th Cir | Pinson v. St John | 10-15357 | 22 Nov 10 | 8 Apr 11 |
| 11th Cir | Pinson v. Reese | 11-10544 | 7 Feb 11 | 16 Mar 11 |
| 11th Cir | Pinson v. Davis | 11-13287 | 21 Jul 11 | 19 Aug 11 |
| 11th Cir | In re Pinson | 11-14069 | 6 Sep 11 | 2012 |
| D.C. Cir. | Pinson v. Lappin | 10-5059 | 4 Mar 10 | N/A |
| D.C. Cir. | Pinson v. USPO | N/A | 29 Jul 11 | 30 Aug 11 |
| 5th Cir | Pinson v. BOP | 07-40800 | 22 Aug 07 | 24 Sep 07 |
| 9th Cir. | Pinson v. Norwood | 08-56080 | 1 Jul 08 | 1 Aug 08 |
| 9th Cir. | Pinson v. Norwood | 09-55092 | 23 Jan 09 | 30 Nov 09 |
| 9th Cir. | Pinson v. Norwood | 10-56049 | 1 Jul 10 | 12 Jan 11 |
| 0th Cir | USA v. Pinson | N/A | 16 Oct 06 | 21 Nov 06 |
| 10th Cir | Pinson v. Watkins | N/A | 30 Oct 06 | 6 Nov 06 |
| 10th Cir. | USA v. Pinson | N/A | 18 Jan 07 | 17 Sep 08 |

# PAGE 5

| Court | Caption | Case No. | Date Filed | Ended |
|---|---|---|---|---|
| 10th Cir | USA V. Pinson | N/A | 10 Apr 07 | 17 Sep 08 |
| 10th Cir | USA V. Pinson | N/A | 10 Apr 07 | 17 Sep 08 |
| 10th Cir. | USA V. Pinson | N/A | 15 Jun 09 | 26 Oct 09 |
| 10th Cir | Pinson V. Pacheco | 10-1360 | 16 Aug 10 | 7 Oct 10 |
| 10th Cir | Pinson V. Pacheco | 10-1553 | 6 Dec 10 | 26 May 11 |
| 10th Cir | Pinson V. Pacheco | 10-1576 | 28 Dec 10 | 26 May 11 |
| 10th Cir | In re Pinson | N/A | 26 Jan 11 | 23 Feb 11 |
| 10th Cir | Pinson V. Lappin | 11-1099 | 11 May 11 | 2011 |
| 10th Cir | Pinson V. Pacheco | 11-1231 | 19 May 11 | 24 Jun 11 |
| 10th Cir | Pinson V. Davis | 12-1026 | 2012 | 2013 |
| 10th Cir | Pinson V. Davis | 12-1213 | 2012 | 2013 |
| 10th Cir | Pinson V. Davis | 12-1214 | 2012 | 2013 |
| 10th Cir | Pinson V. Davis | 12-1215 | 2012 | 2013 |
| D. Colo. | Pinson V. BOP | 12 CV 2118 | 2012 | 2012 |
| D. Colo. | Bacote V. BOP | 12-CV-1570 | 2012 | N/A |
| 10th Cir | Pinson V. BOP | 12-6243 | 2012 | 2013 |
| 10th Cir. | Pinson V. (N/A) | 12-1363 | 2012 | 2013 |
| D. Colo. | Pinson V. Berkebile | 12 CV 2673 | 2012 | N/A |
| D. Colo. | Pinson V. Berkebile | 12 CV 2802 | 2012 | N/A |
| D.D.C | Pinson V. DOJ | 12 CV 1872 | 2012 | N/A |
| D. Colo | Pinson V. Berkebile | 12 CV 3006 | 2012 | N/A |
| D. Colo | Pinson V. BOP | 13 CV 104 | 2013 | N/A |
| D. Colo | Pinson V. Madison | 13 CV 157 | 2013 | 2013 |
| D. Colo | Bruce V. BOP | 13 CV 491 | 2013 | N/A |
| D. Colo | Hipps V. BOP | 13 CV 604 | 2013 | N/A |
| D. Kan. | Pinson V. Laird | 13 CV 3033 | 2013 | N/A |

# PAGE ~~8~~ ~~9~~ 6

| Court | Caption | Case No. | Filed | Ended |
|-------|---------|----------|-------|-------|
| 0ᵗʰ Cir | Pinson v. Davis | 13-1031 | 2013 | N/A |
| D. Colo. | Pinson v. (N/A) | 13CV651 | 2013 | N/A |
| D. Colo. | Pinson v. BOP | 13CV749 | 2013 | N/A |
| D. Colo. | Pinson v. Kasdon | 13CV1384 | 2013 | N/A |
| D. Colo. | Pinson v. Palsick | 14-CV285 | 2014 | N/A |
| S.D. Ind. | Pinson v. Reynolds | 13-CV-428 | 2013 | 2013 |
| N.D. TX | Pinson v. Santana | 13-CV-2098 | 2013 | N/A |
| N.D. Cal. | Pinson v. CDCR | 13-CV-5502 | 2013 | N/A |
| E D NC | Hobbs v. Doe | 13-CV-3879 | 2013 | 2014 |
| D. Colo. | Pinson v. BOP | N/A | 2013 | N/A |
| E.D. Cal. | Pinson v. BOP | 13CV1821 | 2013 | N/A |
| D. Ariz | Pinson v. Doe | 13CV2059 | 2013 | N/A |
| E.D. Ky | Pinson v. BOP | 13CV134 | 2013 | N/A |
| D. Colo. | Pinson v. Snider | 13CV1990 | 2013 | N/A |
| D. Colo. | Pinson v. Armijo | 13CV1567 | 2013 | N/A |