IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00645-LTB

JEREMY PINSON,

    Plaintiff,

v.

M. ANDREIS,
ANTHONY OSAGIE,
FEDERAL BUREAU OF PRISONS, and
JOHN DOE, Dentist,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 1st day of May, 2014.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/K Lyons
                              Deputy Clerk